**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin (*Pro Hac Vice* Forthcoming)
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile:  (305) 200-8801
E-mail: fhedin@hedinhall.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SUE CURRAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> JETSET MAGAZINE, LLC and TDX INVESTMENTS, LLC, <br><br> Defendants. | Case No. 2:20-cv-00391-MTL <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sue Curran voluntarily dismisses the above captioned action with prejudice.

Dated: April 2, 2020     **BURSOR & FISHER, P.A**.

By:     */s/ Philip L. Fraietta*

Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin (*Pro Hac Vice* Forthcoming)
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-mail: fhedin@hedinhall.com

*Attorneys for Plaintiff*